MARLING LUMBER COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants : *Rouiller, Dougherty, Arnold & Kivett* of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Mrs. Lena Prien : *Sachtjen & Braathen* of Madison.

*By the Court.*—Judgment affirmed.